**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| FISBA, L.L.C.<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Jim Stathis,<br><br>　　　　　　　Defendant. | NO. CV-22-226-TUC-JAS<br><br>**ORDER GRANTING EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT**<br><br>(Assigned to Hon. James A. Soto) |

　　　　Pursuant to the Stipulated Motion for Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint (Doc. 28),

　　　　**IT IS ORDERED:**

　　　　1.　　The parties' stipulated motion for extension of time for Defendant to answer, move or otherwise respond to the Complaint is GRANTED; and

　　　　2.　　Defendant shall respond to the Complaint on or before October 7, 2022.

　　　　Dated this 5th day of August, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable James A. Soto
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Proposed Order for Extension of Time to Answer or Otherwise Respond to Complaint.docx